Jaime Flores-Lovo, Esq.
Tennessee BPR #025384
649 Teal Street
Foster City, CA, 94404
Telephone: (650)863-0697
Email:    lovo@msn.com

Jaime Flores-Lovo, IN PRO PER



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Jaime and Karen Flores-Lovo,<br><br>Plaintiffs,<br><br>vs.<br><br><br>Wells Fargo Bank & Company, (as successor in interest to Wachovia Corporation, successor in interest to World Savings Bank, FSB), Wachovia Corporation (as successor in interest to World Savings Bank, FSB); and Does 1 to 25, et al.,<br><br>Defendants. | Case No.: CV 11 01995 EMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** ; ORDER<br><br><br>Judge:    Hon. Edward M. Chen |

Plaintiff Jaime Flores-Lovo, In Pro Se, voluntarily dismiss this action, without prejudice, pursuant to Fed.R.Civ.P. 41(a).

- 1 -

Pursuant to rule 41(a), a plaintiff may dismiss her action "at any time before service by the adverse party of an answer or of a motion for summary judgment."

Defendant have not answered or moved for summary judgment in this matter and, accordingly, this action should be dismissed without prejudice.

Wherefore, the plaintiff, In Pro Se, respectfully request that the court enter an order confirming the dismissal of the above-captioned case without prejudice.

Dated: June 02, 2011

Respectfully submitted,

By: _____
Jaime Flores-Lovo
In Pro Per

IT IS SO ORDERED:

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Edward M. Chen]*

_____
Edward M. Chen
U.S. District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18. I am the plaintiff, Pro Se, a party to the within action. My Address is: Jaime and Karen Flores-Lovo, 649 Teal Street, Foster City, California, 94404, Tel: 650.863.0697, Email: lovo@msn.com.

On the date below, I served a copy of the following document(s):

**1. Notice of voluntary dismissal pursuant to federal rule of civil procedure 41(a)**

**2. Certificate of service**

    on all interested parties in said case as follows:

    Served by <u>Means Other Than</u> Electronically via Court's CM/ECF System:

Defendants' Attorneys

Robert A. Bailey (#214688)
rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Ave., Suite 600
Pasadena, CA 91101
Tel: (626) 535-1900; Fax: (626) 577-7764

☒ **BY MAIL**: I served Mr. Robert A. Bailey by mailing the copies to the address as shown above by first-class mail, enclosed in a separate, sealed envelope with postage prepaid in the United States and mailed at city and county of San Francisco.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration is executed at San Francisco, California, on June 02, 2011.

By: _____
Jaime Flores-Lovo
In Pro Per

- 1 -